PAUL ALSTON            1126
ERIKA L. AMATORE   8580

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawaiʻi  96813-3689
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
paul.alston@dentons.com
erika.amatore@dentons.com

Attorneys for Defendant
CAPTURE DIAGNOSTICS HIB01, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| MAUI PHARMACY SOLUTIONS LLC, dba MAULIOLA PHARMACY,<br><br>Plaintiff,<br><br>vs.<br><br>CAPTURE DIAGNOSTICS HIB01, LLC; JOHN DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ENTITIES 1-5; and DOE GOVERNMENTAL UNITS 1-5,<br><br>Defendants. | Case No. CV 23-00039-JAO-WRP<br><br>**DEFENDANT CAPTURE DIAGNOSTICS HIB01, LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT** |
|---|---|

**DEFENDANT CAPTURE DIAGNOSTICS HIB01, LLC'S
AMENDED CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1, Defendant Capture Diagnostics HIB01, LLC, by its undersigned counsel, states as follows:

15812132\000001\123234603\V-1

Defendant Capture Diagnostics HIB01, LLC's members are Capture Diagnostics, LLC and Green Coral Trust. Capture Diagnostics, LLC's members are Capture Collective, Inc. and Green Coral Trust. Capture Collective is a citizen of Delaware, where it is incorporated, and Ohio, where it has its principal place of business. Green Coral Trust is a Nevada trust, and its Trustee is a citizen of the State of California. Neither Capture Collective, Inc. nor Green Coral Trust have a corporate parent, and there is no publicly held corporation owning 10% or more of their stock.

DATED: Honolulu, Hawai'i, February 21, 2023.

  /s/ Erika L. Amatore
PAUL ALSTON
ERIKA L. AMATORE
Attorneys for Defendant
CAPTURE DIAGNOSTICS HIB01, LLC

15812132\000001\123234603\V-1