PAUL ALSTON          1126
ERIKA L. AMATORE   8580

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai'i 96813-3689
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
Email:    paul.alston@dentons.com
          erika.amatore@dentons.com

Attorneys for Defendant
CAPTURE DIAGNOSTICS HIB01, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| MAUI PHARMACY SOLUTIONS LLC, dba MAULIOLA PHARMACY,<br><br>Plaintiff,<br><br>vs.<br><br>CAPTURE DIAGNOSTICS HIB01, LLC; JOHN DOES 1-5; DOE PARTNERSHIPS 1-5; DOE CORPORATIONS 1-5; DOE ENTITIES 1-5; and DOE GOVERNMENTAL UNITS 1-5,<br><br>Defendants. | Civil No. 23-CV-00039-JAO-WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES** |
|---|---|

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED by and between the parties who have

appeared in this action, through their respective counsel of record, under Fed. R.

Civ. P. 41(a)(1)(A)(ii) and Local Rule 41.1, all claims asserted by Plaintiff Maui

Pharmacy Solutions LLC, dba Mauliola Pharmacy are hereby dismissed with prejudice. No claims remain, and the parties do not seek an award of fees and/or costs. All parties who have appeared have signed this stipulation.

DATED: Kahului, Hawaiʻi, July 6, 2023.

    /s/ James W. Geiger
JAMES W. GEIGER
Attorney for Plaintiff
MAUI PHARMACY SOLUTIONS LLC,
dba MAULIOLA PHARMACY

DATED: Honolulu, Hawaiʻi, July 6, 2023.

    /s/ Erika L. Amatore
PAUL ALSTON
ERIKA L. AMATORE
Attorneys for Defendant
CAPTURE DIAGNOSTICS HIB01, LLC

APPROVED AS TO FORM:

_____
Jill A. Otake
United States District Judge

_____

*Maui Pharmacy Solutions LLC, dba Mauliola Pharmacy vs. Capture Diagnostics HIB01, LLC;* Case No.: CV-23-00039-JAO-WRP; **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES**